OLIVER REFINING COMPANY, Respondent, *v.* ADOLF ASPEGREN et al., Appellants.

*Oliver Refining Co.* v. *Aspegren*, 152 App. Div. 877, affirmed.
(Argued January 29, 1915; decided February 25, 1915.)

APPEAL from a judgment entered November 27, 1912, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of defendants entered upon a verdict directed by the court and directing judgment in favor of plaintiff in an action for rent to which the defendants set up a counterclaim for commissions.

*Benno Lewinson* for appellants.

*Henry W. Baird* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ. Not sitting: MILLER, J.